UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BONNIE ROPER,<br><br>          Plaintiff,<br><br>vs.<br><br>BLUE RIDGE GEORGIA HOSPITAL COMPANY, LLC d/b/a FANNIN REGIONAL HOSPITAL,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 2:13-cv-53-WCO |

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of the parties' Joint Motion for Approval of Settlement Agreement According to the Fair Labor Standards Act, and the court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in plaintiff's favor against defendants for $29,900, which is comprised of $12,400 in overtime wages and liquidated damages, $15,260 in attorney's fees, and $2,240 in costs.

Dated at Gainesville, Georgia, this 6th day of August, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Stacey Kemp
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 6, 2014
James N. Hatten
Clerk of Court

By: s/Stacey Kemp
      Deputy Clerk